IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES McMENAMIN and** <br> **JENNIFER McMENAMIN** <br> *Plaintiffs* <br> <br> v. <br> <br> **PHELAN HALLINAN, LLP,** <br> **PHYLLIS LEVIN, ZACHARY JONES,** <br> **ESQUIRE, and WELLS FARGO** <br> **BANK, N.A.** <br> *Defendants* | : **CIVIL ACTION** <br> : <br> : **NO. 14-4814** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## O R D E R

**AND NOW**, this 20th day of August 2015, upon consideration of the *motions to dismiss* Plaintiffs' amended complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Phelan Hallinan, LLP, Phyllis Levin, and Zachary Jones, Esquire, [ECF 17], and Defendant Wells Fargo Bank, N.A., [ECF 26], Plaintiffs' responses in opposition thereto, [ECF 18, 29], and Defendants' replies, [ECF 21, 32], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that the motions are **GRANTED**, and Plaintiff's federal claims pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq.* (Count I), the Civil Rights Act, 42 U.S.C. §1983 (Count III), and the Real Estate Settlement Procedures Act, 12 U.S.C. §2605 *et seq.* (Count VI), are **DISMISSED** with prejudice as to all Defendants.

As this Court has declined to exercise supplemental jurisdiction, it is further **ORDERED** that Plaintiff's remaining state law claims are **DISMISSED** without prejudice.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.